UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
FEB 2 7 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No. 04-875 (RJL) |
| ) | |
| $31,178.17 IN FUNDS FROM ) | |
| SCHWAB ONE MONEY MARKET ) | |
| ACCOUNT NUMBER 4263-7759, ) | |
| HELD IN THE NAMES OF ) | |
| LAWRENCE HEMPHILL AND ) | |
| GWENDOLYN M. HEMPHILL, ) | |
| ) | |
| Defendant. ) | |

## FINAL JUDGMENT

For the reasons set forth in the Memorandum Opinion entered this date, it is, this 24th day of February 2006, hereby

**ORDERED** that [#9] plaintiff's' motion for default judgment and for a decree of forfeiture is GRANTED; and it is further

**ORDERED** that judgment is entered in favor of the plaintiff, and the case is dismissed.

**SO ORDERED.**

RICHARD J. LEON
United States District Judge